# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1265**

**KA 10-01411**

PRESENT: SCUDDER, P.J., SMITH, GREEN, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JAMIE L. CRAWFORD, DEFENDANT-APPELLANT.

---

CARR SAGLIMBEN LLP, OLEAN (JAY D. CARR OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LORI PETTIT RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY (KELLY M. BALCOM
OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Cattaraugus County Court (Larry M.
Himelein, J.), rendered April 12, 2010.  The judgment convicted
defendant, upon his plea of guilty, of robbery in the first degree and
assault in the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737).

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court